IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| V. DRAKE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>7-ELEVEN INC., RAKHEE P. )<br>SHARMA, PAWAN R. SHARMA, TEXAS )<br>LOTTERY COMMISSION, MAVIS L. )<br>WANCZYK, MULTI-STATE LOTTERY )<br>ASSOCIATION, WAYNE DOLEZAL, and )<br>GARY GRIEF, )<br>)<br>    Defendants. )<br>) | CASE NO. CV419-208 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, all filing restrictions and other instructions outlined by Magistrate Judge Ray in the report and recommendation are **ADOPTED** by this Court. Such restrictions shall apply to this and all future cases in this District brought by Plaintiff Drake.[1] The Clerk of Court is **DIRECTED** to implement the restrictions in the

---

[1] The Clerk of Court is advised that Drake has previously filed cases in this and other districts under the names: Eric Drake, Eric Von Drake, E. Drake, E.V. Drake, Eric Vondrake, and E. Vondrake.

report and recommendation in this case and future cases brought by Plaintiff Drake.

SO ORDERED this 21ST day of July 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA