```
              IN THE UNITED STATES DISTRICT COURT FOR
                 THE SOUTHERN DISTRICT OF GEORGIA
                         SAVANNAH DIVISION
```

V. DRAKE,                              )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )     CASE NO. CV419-208
                                       )
7-ELEVEN INC., RAKHEE P.               )
SHARMA, PAWAN R. SHARMA, TEXAS         )
LOTTERY COMMISSION, MAVIS L.           )
WANCZYK, MULTI-STATE LOTTERY           )
ASSOCIATION, WAYNE DOLEZAL, and        )
GARY GRIEF,                            )
                                       )
    Defendants.                        )
_____)

                              O R D E R

    Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

    SO ORDERED this 23RD day of November 2020.

                                   _____
                                   WILLIAM T. MOORE, JR.
                                   UNITED STATES DISTRICT COURT
                                   SOUTHERN DISTRICT OF GEORGIA